May 23, 1978

389 A.2d 675

Baurose v. Baurose, Appellant.

598

Submitted March 30, 1977. Lester Krasno and Thomas B. Rutter, for appellant; Joseph A. Zane, for appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.